UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN SCHOO<br>Plaintiff,<br><br>v.<br><br><br>MARTIN O'MALLEY, Commissioner of the Social Security Administration<br>Defendant. | ) | **JUDGMENT**<br><br>No. 5:23-cv-276-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2024, that defendant pay to plaintiff $8,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**<u>This Judgment Filed and Entered on February 21, 2024, and Copies To:</u>**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Dianne Samu (via CM/ECF Notice of Electronic Filing)

February 21, 2024 PETER A. MOORE, JR., CLERK

/s/ Sandra K. Collins
(By) Sandra K. Collns, Deputy Clerk

Case 5:23-cv-00276-FL   Document 23   Filed 02/21/24   Page 2 of 2